UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LYNN ANDRUS, | : | CIVIL ACTION NO. |
| | : | 3:13-CV-00146(RNC) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| DOONEY & BOURKE, INC. and PETER DOONEY, | : | |
| | : | |
| | : | APRIL 30, 2013 |
| Defendants. | : | |

## MOTION FOR ADMISSION OF VISITING ATTORNEY

The undersigned attorney, counsel for Defendants Dooney & Bourke, Inc. and Peter Dooney herein and a member of the Bar of this Court, respectfully moves this Court, pursuant to Local Rule 83.1(d), for the admission of Attorney Thomas J. McAndrew as a visiting attorney to represent Dooney & Bourke, Inc. and Peter Dooney, and in support of this motion states:

1.  Mr. McAndrew, a partner at the firm of Thomas J. McAndrew & Associates, has the following contact information:

    One Turks Head Place
    Suite 205
    Providence, RI  02903
    Business Phone: (401) 455-0350
    Business Fax: (401) 455-0882
    Business Email: tjmcandrewlaw.com

2.  As shown in his accompanying affidavit, Mr. McAndrew is a member in good standing of the bars of the State of Rhode Island, District of Columbia, Commonwealth of Massachusetts, Federal District Court, District of Rhode Island, Federal District Court, Southern District of New York (*Pro Hac Vice*), Federal District Court, District of Columbia, Federal District Court, District of Colorado *(Pro Hac Vice)*, United States Court of Appeals for the First

72015216.1

Circuit, United States Court of Appeals for the Second Circuit *(Pro Hac Vice)*, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Federal Circuit, United States Court of Federal Claims, United States Court of Appeals for the Armed Forces, United States Court of Customs and Patent Appeals, United States Tax Court and the United States Supreme Court.  Mr. McAndrew has not been denied admission or disciplined by this Court or any other court.

3. In accordance with Local Rule 83.1(c), service of all papers may be made upon the undersigned counsel, Daniel L. Schwartz of Day Pitney LLP, One Canterbury Green, Stamford, CT  06901.

4. Payment to the Clerk of the fee of $75.00 for admission of Mr. McAndrew, as required by Local Rule 83.1(d)(3), accompanies this motion.

5. The granting of this motion will not require the modification of any scheduling order.

**WHEREFORE**, the undersigned respectfully requests that Thomas J. McAndrew be admitted to appear as a visiting attorney to represent defendants herein.

> Defendants,
> DOONEY & BOURKE, INC. and
> PETER DOONEY
>
> /s/ Daniel L. Schwartz
> Daniel L. Schwartz (ct09862)
> Day Pitney LLP
> One Canterbury Green
> Stamford, CT  06901
> (203) 977-7300
> Fax:  (203) 977-7301
> dlschwartz@daypitney.com
> Their Attorney

## ELECTRONIC CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2013, a copy of the foregoing **Motion for Admission of Visiting Attorney** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Daniel L. Schwartz
Daniel L. Schwartz