# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LYNN ANDRUS, | : CIVIL ACTION NO. |
| | : 3:13-CV-00146(RNC) |
| Plaintiff, | : |
| | : |
| V. | : |
| | : |
| DOONEY & BOURKE, INC. and PETER DOONEY, | : |
| | : |
| Defendants. | : |

## AFFIDAVIT OF THOMAS J. MCANDREW IN SUPPORT OF MOTION FOR HIS ADMISSION AS A VISITING ATTORNEY

Thomas J. McAndrew, being duly sworn, deposes and says:

1. I am a partner at the firm of Thomas J. McAndrew & Associates. My contact information is as follows:

   One Turks Head Place
   Suite 205
   Providence, RI 02903
   Business Phone: (401) 455-0350
   Business Fax: (401) 455-0882
   Business Email: tmcandrew@tjmcandrewlaw.com

2. I am a member in good standing of the following Bar Associations: State of Rhode Island (Bar #1001), District of Columbia (Bar #111781), and the Commonwealth of Massachusetts (Bar #545721). I have been admitted to practice in the following Courts: Federal District Court, District of Rhode Island (Bar # 1001); Federal District Court, Southern District of New York (Pro Hac Vice); Federal District Court, District of Columbia (#111781); Federal District Court, District of Colorado (Pro Hac Vice); United States Court of Appeals for the First Circuit (Bar #24502); United States Court of Appeals for the Second Circuit (Pro Hac Vice); United States Court of Appeals for the Fourth Circuit (No Bar Number – Admitted 3/30/2006);

43537053.1

United States Court of Appeals for the Federal Circuit (No Bar Number); United States Court of Federal Claims (No Bar Number); United States Court of Appeals for the Armed Forces (Bar #16416); United States Court of Customs and Patent Appeals (Admitted 11/22/1971); United States Tax Court (#MT0359); and the United States Supreme Court (Admitted 12/9/1974).

3. I have no pending disciplinary complaints and I have not been denied admission to, disciplined by, resigned from or withdrawn an application for admission to practice before this Court or any other court.

4. I have reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of The United States District Court for the District of Connecticut and the Connecticut Rules of Professional Conduct.

5. Pursuant to Local Rule 83.1(c), I designate Daniel L. Schwartz of Day Pitney LLP, One Canterbury Green, Stamford, CT  06901 as my agent for service of all papers and I designate that United States District Court for the District of Connecticut as the forum for the resolution of any dispute arising out of my admission to this Court.

6. I hereby respectfully request that I be permitted to appear before this Court and to participate in this case.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated this 26th day of April, 2013.

_____
Thomas J. McAndrew

Sworn to before me
this 26th day of April, 2013

_____
Notary Public

43537053.1                                    -2-

## ELECTRONIC CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2013, a copy of the foregoing **Affidavit of Thomas J. McAndrew in Support of Motion for Admission of Visiting Attorney** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Daniel L. Schwartz
Daniel L. Schwartz