## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LYNN ANDRUS, | : | CIVIL ACTION NO. |
| | : | 3:13-CV-00146 (RNC) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| DOONEY & BOURKE, INC. and | : | |
| PETER DOONEY | : | |
| | : | May 1, 2013 |
| Defendants. | : | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants certifies that that there are no parent or publicly held corporations that own 10 percent or more of Dooney & Bourke, Inc.'s stock.

    DEFENDANTS,
    DOONEY & BOURKE, INC., and
    PETER DOONEY

/s/ Daniel L. Schwartz
Daniel L. Schwartz (ct 09862)
DAY PITNEY LLP
One Canterbury Green
Stamford, Connecticut 06901
(203) 977-7300
dlschwartz@daypitney.com

Attorney for Defendants

72027734.1

## CERTIFICATION

      I hereby certify that on **May 1, 2013**, a copy of the foregoing **Defendant Dooney & Bourke Inc.'s Corporate Disclosure Statement** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all Parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                          By /s/ Daniel L. Schwartz
                                                Daniel L. Schwartz