

**Supreme Court of Rhode Island**

**Providence**

*The State of Rhode Island and*
*Providence Plantations*

*This Certifies that*

# THOMAS J. MCANDREW

*of Providence, Rhode Island*

*is an Attorney and Counselor of the Supreme Court of the*
*State of Rhode Island, and as such was on the*
*2nd day of November, 1971 admitted to practice in all the*
*courts of said state as appears of record in the Office of the*
*Clerk of the Supreme Court and is in good standing and*
*qualified to practice in said courts.*

*Given under our hands and the seal of said Supreme Court*
*at Providence this 9th day of April, 2013.*

_____
*Clerk*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LYNN ANDRUS, | : | CIVIL ACTION NO. |
| | : | 3:13-CV-00146(RNC) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| DOONEY & BOURKE, INC. and PETER | : | |
| DOONEY, | : | |
| | : | MAY 3, 2013 |
| Defendants. | : | |

**CERTIFICATE OF SERVICE OF CERTIFICATE OF GOOD STANDING**

     I hereby certify that on May 3, 2013, a Certificate of Good Standing for Thomas J. McAndrew was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


     /s/ Daniel L. Schwartz
     Daniel L. Schwartz

72029595.1