UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LYNN ANDRUS, | : | CIVIL ACTION NO. |
| | : | 3:13-CV-00146 (RNC) |
|     Plaintiff, | : | |
| v. | : | |
| | : | |
| DOONEY & BOURKE, INC. and | : | |
| PETER DOONEY | : | |
| | : | JULY 24, 2013 |
|     Defendants. | : | |

# DEFENDANTS' STATUS REPORT

Pursuant to the Court's Scheduling Order Regarding Case Management Plan dated June 18, 2013 (Dkt. No. 23), Defendants Dooney & Bourke, Inc. ("Dooney & Bourke") and Peter Dooney ("Mr. Dooney") (collectively referred to hereinafter as "Defendants") hereby submit this status report.[1]

**A.   Status of the Case.**

    1.   *Discovery undertaken to date.*

Defendants will serve their First Set of Interrogatories and Requests For Production to Plaintiff in August, 2013.

    2.   *Discovery that remains to be completed.*

        i.   *Discovery to be completed by Plaintiff.*  Plaintiff intends to take up to ten (10) depositions of fact witnesses.

---

[1] Undersigned counsel for Defendants attempted to contact counsel for the Plaintiff regarding this report on July 17, 2013.  Undersigned counsel for Defendants has not yet received a response to his email or voicemail and, therefore, is filing the attached as Defendants' Status Report rather than as a joint report.

72075745.1

          ii.    *Discovery to be completed by Defendants.* Defendants intend to take Plaintiff's deposition. In addition to Plaintiff, Defendants intend to take up to nine (9) other depositions of fact witnesses and the deposition of any expert witnesses designated by Plaintiff. Defendants expect to complete such depositions before January 31, 2014. Defendants reserve the right to serve supplemental interrogatories and requests for production on Plaintiff within the discovery period established by the Case Management Plan.

    3.    *Pending/anticipated motions.*

    *By Defendants.* No pending or anticipated motions at the time, but Defendants reserve their right to move for summary judgment based upon the discovery in this matter.

    4.    *Circumstances potentially interfering with the parties' compliance with the Scheduling Order.* Defendants are committed to completing discovery within the time frame established by the Court.

**B.**    **Referral to Magistrate Judge for settlement purposes.**

Defendants do not request a referral to a Magistrate Judge for settlement purposes until after the completion of discovery in this matter.

**C.**    **Trial before Magistrate Judge.**

Defendants do not consent to trial before a Magistrate Judge.

**D.     Estimated length of trial.**

Defendants estimate that the trial of this matter would require four to five days.

>                             DEFENDANTS,
>                             DOONEY & BOURKE, INC. AND
>                             PETER DOONEY
>
>                             By: /s/ Daniel L. Schwartz
>                                 Daniel L. Schwartz, Esq. (ct09862)
>                                 Day Pitney LLP
>                                 One Canterbury Green
>                                 Stamford, CT 06901
>                                 Telephone: (203) 977-7300
>                                 Facsimile: (203) 977-7301
>                                 dlschwartz@daypitney.com
>
>                             By: /s/ Thomas J. McAndrew
>                                 Thomas J. McAndrew, Esq.
>                                 Thomas J. McAndrew, Esq. & Associates
>                                 One Turks Head Place, Suite 205
>                                 Providence RI 02903
>                                 Telephone: (401) 455-0350
>                                 Facsimile: (401) 455-0882
>                                 tmcandrew@tjmcandrewlaw.com
>                                 *ADMITTED PRO HAC VICE*
>                                 Attorneys for Defendants

## ELECTRONIC CERTIFICATE OF SERVICE

   I hereby certify that on July 24, 2013, a copy of the foregoing **Defendants Status Report** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                   /s/ Daniel L. Schwartz
                     Daniel L. Schwartz

72075745.1