UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LYNN ANDRUS, | : CIVIL ACTION NO. |
| | : 3:13-CV-00146 (RNC) |
| Plaintiff, | : |
| v. | : |
| | : |
| DOONEY & BOURKE, INC. and | : |
| PETER DOONEY | : |
| | : JULY 24, 2013 |
| Defendants. | : |

## JOINT STATUS REPORT

Pursuant to the Court's Scheduling Order Regarding Case Management Plan dated June 18, 2013 (Dkt. No. 23), Plaintiff Lynn Andrus and Defendants Dooney & Bourke, Inc. ("Dooney & Bourke") and Peter Dooney ("Mr. Dooney") (collectively referred to hereinafter as "Defendants") jointly and respectfully submit this status report.

**A.  Status of the Case.**

1.  *Discovery undertaken to date.*

Defendants will serve their First Set of Interrogatories and Requests For Production to Plaintiff in August, 2013. Plaintiff will serve her First Set of Interrogatories and Requests For Production to Defendants in August, 2013

2.  *Discovery that remains to be completed.*

i.  *Discovery to be completed by Plaintiff.* Plaintiff intends to take up to ten (10) depositions of fact witnesses.

ii.  *Discovery to be completed by Defendants.* Defendants will notice and intend to take Plaintiff's deposition. In addition to Plaintiff, Defendants expect to take up to ten (10) depositions of fact witnesses and the deposition of any expert witnesses designated by

Plaintiff. Defendants expect to complete such depositions before January 31, 2014. Defendants reserve the right to serve supplemental interrogatories and requests for production on Plaintiff within the discovery period established by the Case Management Plan.

3.   *Pending/anticipated motions.*

   i.   *By Plaintiff.* No pending or anticipated motions at this time but the Plaintiff reserves her right to move for summary judgment based upon the discovery in this matter.

   ii.   *By Defendants.* No pending or anticipated motions at the time, but Defendants reserve their right to move for summary judgment based upon the discovery in this matter.

4.   *Circumstances potentially interfering with the parties' compliance with the Scheduling Order.* Both parties are committed to completing discovery within the time frame established by the Court.

**B.   Referral to Magistrate Judge for settlement purposes.**

The parties do not request a referral to a Magistrate Judge for settlement purposes until after the completion of discovery in this matter.

**C.   Trial before Magistrate Judge.**

The parties do not consent to trial before a Magistrate Judge.

**D.    Estimated length of trial.**

The parties estimate that the trial of this matter would require four to five days.

PLAINTIFF,
LYNN ANDRUS

By: /s/ Timothy J. McGuire
    Timothy J. McGuire, Esq. (ct28049)
    Halloran & Sage, LLP
    315 Post Road West
    Westport, CT  06880
    Telephone: (203) 227-2855
    Facsimile: (203) 227-6992
    mcguire@halloran-sage.com
    Attorneys for Plaintiff

DEFENDANTS,
DOONEY & BOURKE, INC. AND
PETER DOONEY

By: /s/ Daniel L. Schwartz
    Daniel L. Schwartz, Esq. (ct09862)
    Day Pitney LLP
    One Canterbury Green
    Stamford, CT 06901
    Telephone: (203) 977-7300
    Facsimile: (203) 977-7301
    dlschwartz@daypitney.com

By: /s/ Thomas J. McAndrew
    Thomas J. McAndrew, Esq.
    Thomas J. McAndrew, Esq. & Associates
    One Turks Head Place, Suite 205
    Providence RI 02903
    Telephone: (401) 455-0350
    Facsimile: (401) 455-0882
    tmcandrew@tjmcandrewlaw.com
    *ADMITTED PRO HAC VICE*
    Attorneys for Defendants

## ELECTRONIC CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2013, a copy of the foregoing **Joint Status Report** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                /s/ Timothy J. McGuire
                                                  Timothy J. McGuire