UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LYNN ANDRUS | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) NO. 3:13-CV-00146(RNC) |
| VS. | ) |
| | ) |
| DOONEY & BOURKE, INC. AND | ) |
| PETER DOONEY | ) |
| | ) |
| | ) AUGUST 14, 2013 |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2013, a copy of the Plaintiff's First Set of Interrogatories and Request for Production was served electronically or by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

**THE PLAINTIFF,
LYNN ANDRUS**
By ___/s/___
Timothy J. McGuire
Federal Bar No. 28049
HALLORAN & SAGE, LLP
315 Post Road West
Westport, CT 06880
Tel No.: 203-227-2855
Fax No.: 203-227-6992
mcguire@halloran-sage.com

3002424v.1