## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LYNN ANDRUS ) | CIVIL ACTION NO. |
| ) | 3:13-CV-00146 (RNC) |
| Plaintiff, ) | |
| V. ) | |
| DOONEY & BOURKE, INC. AND PETER DOONEY ) | |
| Defendants. ) | SEPTEMBER 13, 2013 |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME UPON CONSENT TO RESPOND TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Local Rule 7(b)(1), Plaintiff Lynn Andrus ("Plaintiff") moves this Court for an extension of time of fourteen (14) days up to and including October 10, 2013 to respond to the First Set of Interrogatories and Request for Production of Documents served by the Defendants, Dooney & Bourke, Inc. and Peter Dooney (collectively "Defendants") on August 26, 2013. The current deadline for the Plaintiff to respond to Defendants' First Set of Interrogatories and Request for Production of Documents is September 26, 2013. Good cause exists for granting this motion as Plaintiff needs additional time to gather the information and documents responsive to Defendants' discovery requests.

This is Plaintiff's first request for an extension of time to respond to Defendants' First Set of Interrogatories and Request for Production of Documents and Defendants'

315 Post Road West
Westport, CT 06880

HALLORAN
&SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

315 Post Road West
Westport, CT 06880

HALLORAN
&SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

counsel, Daniel L. Schwartz of Day Pitney LLP, has indicated to that the Defendants consent to the requested extension of time.

          THE PLAINTIFF
          LYNN ANDRUS


         By /s/ Timothy J. McGuire
          Timothy J. McGuire of
          HALLORAN & SAGE LLP
          315 Post Road West
          Westport, CT 06880
          Fed. Bar #ct28049
          Phone: 203-222-4304
          Fax: 203-227-6992
          mcguire@halloransage.com
          Attorney for Plaintiff

## CERTIFICATION

This is to certify that on this 13th day of September, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Timothy J. McGuire
Timothy J. McGuire

3032002v.1

315 Post Road West
Westport, CT 06880

HALLORAN
&SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195