**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| LYNN ANDRUS | ) CIVIL ACTION NO. |
| | ) 3:13-CV-00146 (RNC) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) |
| | ) |
| DOONEY & BOURKE, INC. AND PETER DOONEY | ) |
| | ) |
| Defendants. | ) SEPTEMBER 20, 2013 |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO DESIGNATE ALL TRIAL EXPERTS

Pursuant to Local Rule 7(b), Plaintiff Lynn Andrus ("Plaintiff") moves this Court for an extension of time up to and including October 28, 2013 to designate her trial experts and to provide opposing counsel with reports of the retained experts pursuant to Fed. R. Civ. P. 26(a)(2).  Good cause exists for granting this motion as Plaintiff needs additional time to review the Defendants' responses to her First Set of Interrogatories and Request for Production.  The Court granted the Defendants Motion for Extension of Time to Respond to the Plaintiff's First Set of Interrogatories and Request for Production until October 14, 2013.

This is Plaintiff's first request for an extension of time to respond to designate her trial experts and to provide opposing counsel with reports of the retained experts pursuant to Fed. R. Civ. P. 26(a)(2) and Defendants' counsel, Daniel L. Schwartz of Day Pitney LLP, has indicated that the Defendants consent to the requested extension of time.

315 Post Road West
Westport, CT 06880


HALLORAN
&SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

THE PLAINTIFF
LYNN ANDRUS


By /s/ Timothy J. McGuire
   Timothy J. McGuire of
   HALLORAN & SAGE LLP
   315 Post Road West
   Westport, CT 06880
   Fed. Bar #ct28049
   Phone: 203-222-4304
   Fax:   203-227-6992
   mcguire@halloransage.com
   Attorney for Plaintiff

- 2 -



## **CERTIFICATION**

This is to certify that on this 20th day of September, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

/s/ Timothy J. McGuire
Timothy J. McGuire

3039174v.1

315 Post Road West
Westport, CT 06880

HALLORAN
&SAGELLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195