UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LYNN ANDRUS, | : | CIVIL ACTION NO. |
| | : | 3:13-CV-00146 (RNC) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| DOONEY & BOURKE, INC. and | : | |
| PETER DOONEY | : | |
| | : | OCTOBER 2, 2013 |
| Defendants. | : | |

## JOINT MOTION TO WITHDRAW JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

The parties hereby jointly move to withdraw their Joint Motion For Entry of the Proposed Stipulated Protective Order, dated September 27, 2013 (ECF No. 38).  The Parties have reviewed the Standing Protective Order entered by the Court (ECF No. 4) and agree that it is sufficient to protect their confidential, proprietary and/or personal information.

**Respectfully Submitted,**

| | |
|---|---|
| PLAINTIFF, | DEFENDANTS, |
| LYNN ANDRUS | DOONEY & BOURKE, INC. AND |
| | PETER DOONEY |
| By: /s/ Timothy J. McGuire | By: /s/ Daniel L. Schwartz |
| Timothy J. McGuire, Esq. (ct28049) | Daniel L. Schwartz, Esq. (ct09862) |
| Halloran & Sage, LLP | Day Pitney LLP |
| 315 Post Road West | One Canterbury Green |
| Westport, CT  06880 | Stamford, CT 06901 |
| Telephone: (203) 227-2855 | Telephone: (203) 977-7300 |
| Facsimile: (203) 227-6992 | Facsimile: (203) 977-7301 |
| mcguire@halloran-sage.com | dlschwartz@daypitney.com |
| Attorneys for Plaintiff | |

72125463.1

        By: /s/ Thomas J. McAndrew
         Thomas J. McAndrew, Esq.
         Thomas J. McAndrew, Esq. & Associates
         One Turks Head Place, Suite 205
         Providence RI 02903
         Telephone: (401) 455-0350
         Facsimile: (401) 455-0882
         tmcandrew@tjmcandrewlaw.com
         *ADMITTED PRO HAC VICE*
         Attorneys for Defendants

72125463.1