UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LYNN ANDRUS ) | CIVIL ACTION NO. |
| ) | 3:13-CV-00146 (RNC) |
| Plaintiff, ) | |
| ) | |
| V. ) | |
| ) | |
| DOONEY & BOURKE, INC. AND PETER DOONEY ) | |
| ) | |
| Defendants. ) | OCTOBER 28, 2013 |

## PLAINTIFF'S DAMAGE ANALYSIS REPORT

The Plaintiff, Lynn Andrus, submits the following Damage Analysis Report of the damages she suffered due to 1) the Defendants' failure to pay her past due wages; 2) the Defendants' failure to pay her in a manner consistent with her male colleagues; 3) her improper termination from employment based on her membership in a protected class; and/or 4) her exposure to a hostile work environment.

### UNPAID WAGES

Ms. Andrus was paid a modest salary plus a very small percent commission ,.35% - 1%, based on the total sales that she booked and were shipped. As of the date of her termination, Ms. Andrus was owed commissions of over $100,000; of the commissions owed, $44,159.30 remains outstanding. In addition to the unpaid commissions, Dooney & Bourke took improper deductions from Ms. Andrus's commissions throughout the term of her employment to pay for, *inter alia*, its marketing and advertising expenses. The Plaintiff is in the process of investigating the value of

315 Post Road West
Westport, CT 06880

HALLORAN
&SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

the latter claim and will supplement this Damage Analysis Report upon the conclusion of her investigation.

## DISPARATE PAY BASED ON GENDER AND OTHER PROTECTED CLASSES

From the time that Ms. Andrus started her job in sales at Dooney & Bourke, she was among the top performers based on booked sales. Unfortunately for her, Peter Dooney saw it fit to pay Ms. Andrus much less than her male contemporaries that booked sales similar to hers. The pay structures for the Plaintiff's better paid male sales representatives required them to pay certain expenses from their commissions. The higher paid male sales representatives were also not paid the modest $70,000 per year based salary that was paid to Mrs. Andrus. Finally, Dooney & Bourke paid for certain of Ms. Andrus's minimal expenses. The foregoing was accounted for when calculating this Damage Analysis by deducting estimated expenses from male earnings and adding expenses paid to the Plaintiff's earnings.

Ms. Andrus estimates that male sales representatives that booked sales similar to Ms. Andrus made an average aggregate of approximately $6.98 million for the 2002-2011 period (backing out expenses). In that same period, she earned $3.41 million (adding in expenses paid by Dooney & Bourke on her behalf). Accordingly, Ms. Andrus was paid an average of $3.57 million less than her male colleagues that booked similar sales for that period. The foregoing damage amount would be accurate if Ms. Andrus were a mid-performing sales representative and represents the minimum amount by



315 Post Road West
Westport, CT 06880

HALLORAN
&SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

which she was damaged when accounting for her being a top-performing sales representative.

## LOST PROSPECTIVE WAGES

Ms. Andrus's average pay (not including expenses) over the last decade approximately $275,000 per year. Her male colleagues that booked similar sales earned an average of just over $697,000 per year for that same period. Ms. Andrus has earned a *de minimus*. Ms. Andrus expects that she is approximately 20 years from retirement age. If she were paid at a level commensurate with her male colleagues for that 20 years, she would earn $13,940,000. Once Ms. Andrus does find gainful employment, she expects that she will earn approximately $125,000 per year in a position similar to the one she held at Dooney & Bourke. If this matter unfolds in that manner, Ms. Andrus will have suffered damages for prospective wages in the amount of $11,440,000.

## SEXUALLY CHARGED HOSTILE WORK ENVIRONMENT / GENDER DISCRIMINATION / FAMILY RESPONSIBILITY DISCRIMINATION / AGE DISCRIMINATION

Ms. Andrus, along with all office employees at Dooney & Bourke was subjected to over two decades of a sexually charged hostile work environment in which vocabulary that is not appropriate for a District Court filing was commonplace. Mr. Dooney often referred to his love of female reproductive organs in the presence of the



315 Post Road West
Westport, CT 06880

HALLORAN
&SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

315 Post Road West
Westport, CT 06880

Plaintiff. He also made it clear to a colleague of the Plaintiff the he disapproved of women taking maternity leave. Mr. Dooney regularly joked about and referred to his own reproductive organ. The plaintiff defers to this Court and will eventually defer to the jury to determine the value of this claim.

Discovery in this matter is ongoing and the Plaintiff reserves her right to supplement this Damage Analysis Report as new information becomes available to her.

> THE PLAINTIFF
> LYNN ANDRUS
>
> By /s/ Timothy J. McGuire
> Timothy J. McGuire of
> HALLORAN & SAGE LLP
> 315 Post Road West
> Westport, CT 06880
> Fed. Bar #ct28049
> Phone: 203-222-4304
> Fax:    203-227-6992
> mcguire@halloransage.com
> Attorney for Plaintiff

- 4 -



315 Post Road West
Westport, CT 06880

HALLORAN
&SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195

315 Post Road West
Westport, CT 06880

HALLORAN
&SAGE LLP

Phone (203) 227-2855
Fax.(203) 227-6992
Juris No. 412195

## CERTIFICATION

This is to certify that on this 28th day of October, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Timothy J. McGuire
Timothy J. McGuire