UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LYNN ANDRUS | : |
| Plaintiff, | : |
| V. | : NO.3:13 CV-0146 (RNC) |
| DOONEY & BOURKE, INC., ET AL | : |
| Defendants. | : |

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

_____   For all pretrial matters excluding trial, unless the parties consent to trial before the magistrate judge;

_____   To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

_____   To supervise discovery and resolve discovery disputes;

\_\_X\_\_   To conduct a settlement conference;

_____   To conduct a prefiling conference;

_____   A hearing on damages and attorney fees;

_____   A ruling on the following pending motion(s):

So ordered.

Dated at Hartford, Connecticut this 4th day of December 2013.

/s/ RNC
Robert N. Chatigny, U.S.D.J.