UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LYNN ANDRUS | ) |
| | ) |
|     Plaintiff, | ) CIVIL ACTION |
| | ) NO. 3:13-CV-00146(RNC) |
| VS. | ) |
| | ) |
| DOONEY & BOURKE, INC. AND | ) |
| PETER DOONEY | ) |
| | ) |
| | ) JANUARY 10, 2014 |
|     Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2014, a copy of the Plaintiff's Second Request for Production was served electronically or by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

                                              **THE PLAINTIFF,**
                                              **LYNN ANDRUS**
                                              By   /s/
                                              Timothy J. McGuire
                                              Federal Bar No. 28049
                                              HALLORAN & SAGE, LLP
                                              315 Post Road West
                                              Westport, CT 06880
                                              Tel No.: 203-227-2855
                                              Fax No.: 203-227-6992
                                              mcguire@halloran-sage.com