UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LYNN ANDRUS, | CIVIL ACTION NO. |
| | 3:13-CV-00146 (RNC) |
| Plaintiff, | |
| v. | |
| DOONEY & BOURKE, INC. and | |
| PETER DOONEY | |
| | JANUARY 21, 2014 |
| Defendants. | |

## JOINT MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES

Plaintiff, Lynn Andrus ("Ms. Andrus") and Defendants, Dooney & Bourke, Inc. ("Dooney & Bourke") and Peter Dooney ("Mr. Dooney") (collectively, the "Defendants"), jointly request that this Court extend the discovery period in this matter for three (3) months from the currently scheduled deadline set forth in the Court's Scheduling Order (Dkt. #23) of January 31, 2014 to April 30, 2014. In addition, Plaintiff and Defendants (collectively, the "Parties") jointly request that this Court also extend the date for filing dispositive motions in this matter for three (3) months from on or before March 14, 2014 to on or before June 13, 2014. In support of their motion, the Parties state as follows:

1. The Parties have conducted significant discovery to date. The Parties have exchanged and responded to each other's initial set of interrogatories and requests for production of documents. During such discovery, the Parties have exchanged over twenty-five thousand pages of documents.

2. Counsel for Defendants took Plaintiff's deposition on October 24, 2013.

3. Counsel for Plaintiff took the deposition of Defendant Peter Dooney on January 9, 2014.

4. The Parties have scheduled two additional depositions during the week of January 27-31, 2014.

5. Good cause exists for the granting of this motion because the Parties need additional time to schedule and take the depositions of multiple third-party witnesses. Plaintiff intends to depose approximately four (4) additional fact witnesses in this matter, several of whom are third-party witnesses that reside outside of the State of Connecticut. Defendants intend to depose approximately two (2) additional fact witnesses in this matter, both of whom are third-party witnesses that reside outside of the State of Connecticut. In order to find mutually convenient dates to accommodate the schedule of these third-party witnesses and the three attorneys representing the Parties in this case, the Parties jointly request an additional three (3) months to complete discovery.

6. The Parties also jointly are filing on this date a motion to postpone the settlement conference in this matter from its currently scheduled date of February 4, 2014 until a date on or after May 1, 2014. The Parties jointly believe that the additional discovery described herein is needed prior to a settlement conference in this matter.

7. The Parties' request to extend the discovery and dispositive motion deadlines set forth above will not prejudice any party as the Parties have assented to it.

8. This is the Parties' first request for an extension of discovery and dispositive motion deadlines in this matter.

WHEREFORE, the Parties respectfully request that their Joint Motion to Extend Discovery and Dispositive Motion Deadlines be granted.

Respectfully Submitted,

**PLAINTIFF: LYNN ANDRUS**

By: /s/ Timothy J. McGuire
    Timothy J. McGuire (ct28049)
    Halloran & Sage, LLP
    315 Post Road West
    Westport, CT  06880
    Tel. (203) 227-2855
    mcguire@halloran-sage.com

    Attorney for Plaintiff

**DEFENDANTS: DOONEY AND BOURKE, INC. AND PETER DOONEY**

By: /s/ Daniel L. Schwartz
    Daniel L. Schwartz (ct 09862)
    Day Pitney LLP
    One Canterbury Green
    Stamford, CT 06901
    Tel. (203) 977-7300
    Fax (203) 977-7301
    dlschwartz@daypitney.com

By: /s/ Thomas J. McAndrew
    Thomas J. McAndrew, Esq.
    Thomas J. McAndrew, Esq. & Associates
    One Turks Head Place, Suite 205
    Providence RI 02903
    Telephone: (401) 455-0350
    Facsimile: (401) 455-0882
    tmcandrew@tjmcandrewlaw.com
    *ADMITTED PRO HAC VICE*

    Attorneys for Defendants