UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LYNN ANDRUS, | : | CIVIL ACTION NO. 3:13-cv-146 (RNC) |
|        Plaintiff | : | |
| v. | : | |
| DOONEY & BOURKE, INC. and PETER DOONEY, | : | |
|        Defendants | : | JULY 11, 2014 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56 and the Local Rules of this Court, Defendants, Dooney & Bourke, Inc. and Peter Dooney (collectively, the "Defendants"), through their attorneys, Day Pitney LLP, move this Court for summary judgment. In support of their motion, Defendants respectfully submit the attached: (a) Local Rule 56(a)(1) Statement of Undisputed Material Facts; and (b) Memorandum of Law in Support of the Motion for Summary Judgment.

As set forth in more detail in the attached documents, this Court should enter summary judgment in favor of Defendants on each count of Plaintiff's Amended Complaint on the following grounds: (1) Defendants had no obligation to pay Plaintiff any salary or commissions after the date her employment was terminated, and Plaintiff admitted at her deposition that Defendants do not owe her any additional commissions; (2) Plaintiff cannot establish a claim under the Equal Pay Act because she is unjustifiably comparing herself to independent sales representatives who are not employees of the Company, who do not receive a salary or employee benefits from the Company, and who, unlike Plaintiff, run their own sales businesses and pay their own business expenses; (3) there is no evidence of gender discrimination and the Company terminated the services of a male independent sales representative at the same time that it terminated Plaintiff's employment; (4) there is no evidence of age discrimination, the individuals

72332545.1

who made the decision to terminate Plaintiff's employment are older than she, and the independent sales representatives who took over Plaintiff's account responsibilities also are older than she; and (5) Plaintiff cannot establish a hostile work environment claim based on being invited to watch the movie "Borat" and a few alleged stray remarks regarding other employees that purportedly occurred many years prior to the termination of her employment.

        Respectfully submitted,

**DEFENDANTS, DOONEY AND BOURKE, INC. AND PETER DOONEY**

By: /s/ Daniel L. Schwartz
    Daniel L. Schwartz (ct 09862)
    Day Pitney LLP
    One Canterbury Green
    Stamford, CT 06901
    Tel. (203) 977-7300
    Fax (203) 977-7301
    dlschwartz@daypitney.com

By: /s/ Thomas J. McAndrew
Thomas J. McAndrew, Esq.
Thomas J. McAndrew, Esq. & Associates
One Turks Head Place, Suite 205
Providence RI 02903
Telephone: (401) 455-0350
Facsimile: (401) 455-0882
tmcandrew@tjmcandrewlaw.com
*ADMITTED PRO HAC VICE*

    Attorneys for Defendants

72332545.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of July, 2014, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

/s/Daniel L. Schwartz
Daniel L. Schwartz

72332545.1