# EXHIBIT B

| | |
|---|---|
| **From:** | Bob Andrus <██████@dooney and bourke.com> |
| **Sent:** | Friday, February 12, 2010 10:35 AM |
| **To:** | Jeff Mazzaro <██████@Dooney.com> |
| **Subject:** | FW: Macy's structure |

-----Original Message-----
From: Phil Kinsley
Sent: Friday, February 12, 2010 10:25 AM
To: Bob Andrus
Cc: Kathy Demoise; Laura McCorry
Subject: RE: Macy's structure

Below is how you should calculate commissions on Macy's January shipments paid in Feb.....

All other accounts remain the same.

Thanks,
Phil

 - fax

----- Original Message -----
From: bgoodwyn@██████ <bgoodwyn@██████>
To: Phil Kinsley
Cc: Bob Andrus; Jeff Mazzaro
Sent: Thu Feb 11 17:13:04 2010
Subject: Macy's structure

Hey Phil,

Pursuant to our conversation earlier this week, the following is a review of how the Macy's commission will be paid. The total commission amount to be paid on wholesale shipments to Macy's is 3.5% (three and a half percent). The distribution of the 3.5% is as follows, which is slightly different from what we discussed on the phone:

| | |
|---|---|
| Jeff Mazzaro | 1.70 % on all doors |
| Bob Goodwyn | 1.35 % on all doors |
| Lynn Andrus | 0.35 % on all doors |
| Kristen Charmoz | 0.10 % on all doors |

Mazzaro and Goodwyn will be responsible for all merchandiser wages, travel expenses and office expense.

All credits and chargebacks will be issued at the same rate as commissions are paid, as per the above distribution. The "code 48" deductions from commissions will not be used going forward.

The above commission structure will begin as of January 1, 2010.

Per your request, I have copied Bob Andrus on this email.

Phil, thanks for all of your help. Please give me a call if you have any questions.

Sincerely,
Bob



**Confidential - Resp. to 08**