# EXHIBIT E

| | |
|---|---|
| **From:** | Bill Tripodi <wtripodi@███> |
| **Sent:** | Monday, January 2, 2012 10:35 AM |
| **To:** | Bob Goodwyn - Personal <bgoodwyn@███>; Bob Goodwyn <Bgoodwyn@███>; Lynn Andrus <Lynn@███>; Jeff Mazzaro <Jmazzaro@███>; Ron Moholt <Rmoholt@███> |
| **Subject:** | Nordstrom week 22 (Dec 2011 EOM) |
| **Attach:** | WEEK 22 FALL 2011 DEC EOM RECAP.xls |

Here you go.

A great week & month for Nordstrom. Up over 1,961% to LY for the week & up over 155% for the month

Happy New Year

Bill

---

**From:** Bill Tripodi
**Sent:** Monday, December 26, 2011 8:15 AM
**To:** Bob Goodwyn - Personal; Bob Goodwyn; Lynn Andrus; Jeff Mazzaro; Ron Moholt
**Subject:** Nordstrom week 21

Here you go,

A great week for Nordstrom up over 205% to LY! Hope everyone had a Merry Christmas.

Bill

