# EXHIBIT F

*Outline of Phone Conversation w/ LYNN ANGELS*
*3-14-12*

How are you... do you have a minute? ...I need to talk to you.

Over the years, we have looked at all costs centers throughout the company and made several significant changes.

We continue to look at the operations and take steps to reduce costs and increase efficiencies.

A few years ago, Macy's consolidation and changes to their buying offices forced us to evaluate how we serviced this account.

We took a different approach and

- we made several changes to the D&B Rep structure and
- formed a team to service the account.

We believe this approach resulted in better service to Macy's and we feel demonstrated significant benefits to both Macy's and Dooney & Bourke.

Certain aspects of this structure have evolved to Dillards and we found similar benefits in their business.

We now are reviewing Nordstrom. WE HAVE MADE THE DECISION TO CONSOLIDATE and make similar changes to the way we manage that account.

You are not the only one affected today by this reorganization.

We considered this two years ago, and then again last year but decided not to do so at that time. With the economy and business being the way it is, Unfortunately that time has come.

Bottom line is...we regret that WE HAVE MADE A DECISION TO ELIMINATE YOUR POSITION ....PAUSE....

We regret having to take this action.

- We realize you have been a long time employee with the company.
- We appreciate the contribution you have made over the years.
- It is just time to make these changes and move on to a new structure.

We are planning on continuing your pay thru June 30. We will pay you your current commission for orders shipped thru June 30. on the same terms as we do now.

If you are currently on our medical plan, we will cover you thru June 30. After that you will be eligible to continue that coverage at your cost for 18 months. You will receive details on this from TRPAUL on July 1.

We regret having to take these steps.... Not sure if there are any questions I can answer.

Over the next weeks we would like to organize a transition your files to bob and jeff in a professional way.



**Confidential - Resp. to 21**

**DOONEY23259**