# EXHIBIT H

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LYNN ANDRUS, | CIVIL ACTION NO. |
| | 3:13-CV-00146(RNC) |
| Plaintiff, | |
| V. | |
| DOONEY & BOURKE, INC. and PETER DOONEY, | |
| Defendants. | |

## AFFIDAVIT OF ROBERT ANDRUS

1. I have been employed by Dooney & Bourke since January 1998, and am currently serving as the Company's Analyst/Planner.

2. In that role, I oversee various aspects of Dooney & Bourke's business, including analysis of financial and sales data of the D&B retail, outlet and wholesale business. I am also responsible for calculating the sums of monies due D&B's independent sales representatives as a result of their net shipments of merchandise to various D&B customers.

3. In that role, and among other things, I have access to all of Dooney & Bourke's information, including sales, chargebacks and credits assigned to the various independent sales representatives.

4. I have been tasked to review the claim of Lynn Andrus (a former D&B employee who had independent sales representative responsibilities), which was submitted to the Company through her counsel, in which she claimed $44,159.30 in commissions due from March 15, 2012 and thereafter.

5. I assisted Phil Kinsley, the Vice President of Finance, in reviewing the relevant records of the Company held in the normal course of business and have concluded the following:

6. Based upon my examination of those records and analyzing Ms. Andrus' net shipments between January 1, 2012 through March 14, 2012 that have any review date whatsoever, Ms. Andrus was paid commissions in the amount of $38,064.09.

7. A further examination of the records regarding Ms. Andrus' net shipments made from March 15, 2012 through June 30, 2012 with a review date on or before March 15, 2012, indicates that Ms. Andrus earned commissions in the amount of $47,296.19.

8. I have also reviewed the records of all net shipments made after March 15, 2012 through June 30, 2012 with a review date after March 15, 2012 and have determined that Ms. Andrus earned commissions in the amount of $26,058.45. Included in this amount are $8,155.65 of commissions earned on EDI orders that were on Ms. Andrus' original list provided by her counsel that had review dates changed. The net of these two (2) is

$17,902.80, which represents commissions earned by Ms. Andrus for shipments against orders that she did not book and were not on her list of orders as of March 15, 2012.

9. A further examination of the records regarding Ms. Andrus' orders as of March 15, 2012 that were shipped after June 30, 2012 with a review date prior to March 15, 2012 represent commissions that Ms. Andrus would have been entitled to in the amount of $13,829.62.

10. I have also reviewed the Company's records regarding bulk orders on the original list provided by Ms. Andrus' counsel that had an original review date prior to March 15, 2012 but were changed to a review date after March 15, 2012 that were shipped after June 30, 2012 and have determined that Ms. Andrus would have been entitled to commissions in the amount of $1,127.01.

11. I have also reviewed the Company records regarding additional bulk claims made by Ms. Andrus' counsel on March 11, 2013 that were entered on the Company system between March 6, 2012 and March 15, 2012 and have concluded that those bulks shipped after June 30, 2012 represent additional commissions in the amount of $3,019.94 due Ms. Andrus.

12. In summarizing my findings, and referring to the paragraphs noted above, I have concluded as follows:

We Owe:

| | |
|---|---|
| Ms Andrus' orders that were shipped after June 30, 2012 with a review date prior to March 15, 2012 | $13,829.62[1] |
| Bulk orders on Ms. Andrus' original list provided by her counsel | $ 1,127.01[2] |
| Bulk orders provided by Ms. Andrus' counsel on March 11, 2013 | $ 3,019.94[3] |
| | $17,976.57 |
| Less: Please see Paragraph 8 above regarding overpayment | $17,902.80[4] |
| Net Due Ms. Andrus | $     73.77[5] |

---

[1] See Paragraph 9
[2] See Paragraph 10
[3] See Paragraph 11
[4] See Paragraph 8
[5] This number does not take into consideration credits processed against Ms. Andrus between 3/15/12 and 6/30/12 in the amount of $12,069.61, and are in dispute.

2

13. Ms. Andrus' counsel's calculations of commissions due in the amount of $44,159.30 are inaccurate for the following reasons:

- The calculation did not account for all the commissions paid to Ms. Andrus from March 1, 2012 through March 30, 2012, which amounted to $21,648.67

- The calculation did not consider that there were over $1,100,000.00 of regular orders booked by Ms. Andrus as of March 15, 2012 but were never shipped for various reasons (potential commissions in the amount of $9,477.00)

- The calculation did not consider that there were over $1,1,00,000.00 of bulk orders booked by Ms. Andrus as of March 15, 2012 with ship dates after June 30, 2012 but were never shipped for various reasons (potential commissions in the amount of $3,850.00)

- The calculation did not account for the impact of returns and credits processed from March through June 30, 2012, which in the ordinary course of business would be deducted from the independent sales representative's commission

- The calculation did not consider that Dooney & Bourke overpaid Ms. Andrus commissions in the amount of $17,902.80, representing goods that she did not book but were shipped after March 15, 2012 but before June 30, 2012

14. I have followed my normal and customary practice in reviewing and analyzing the documents referred to herein in support of my statement.

The above-mentioned is true and accurate to the best of my knowledge and recollection.

_____
Robert Andrus

STATE OF _Connecticut_
COUNTY OF _Fairfield_

In _Norwalk_ on the _4th_ day of _April_, 2013, before me personally appeared Robert Andrus to be known, and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument by him so executed to be his free act and deed.

_____
NOTARY PUBLIC

My Commission Expires: _____

Diane Honrath
NOTARY PUBLIC
State of Connecticut
My Commission Expires
November 30, 2017

3