# EXHIBIT J

**From:** Bob Goodwyn <Bgoodwyn@███████>
**Sent:** Thursday, August 2, 2012 4:38 PM
**To:** Jeff Mazzaro <jmazzaro@d█████>
**Subject:** Fwd: Total Sales Report.xls

---

FYI. She made sure to copy Phil and Mairead but not you? Hell, you're the Director of Wholesale Accounts....don't you think you should be copied? :)

Bob Goodwyn
Sent from my iPhone

Begin forwarded message:

> **From:** "Carolyn Goodman" <CGoodman@███████>
> **Date:** August 1, 2012 5:22:52 PM EDT
> **To:** "Bob Goodwyn" <Bgoodwyn@██████>, <Mairead@█████>, "Phil Kinsley" <Philk@█████>, <BAndrus@█████>
> **Subject:** RE: Total Sales Report.xls
>
> Bob & Bob, not sure what to believe but as an example of "amazing" selling at Dillards, our national ad styles showed:
>
> OL672 last week 663u while the prior 3 weeks totaled 380u (avg wkly 127u)....and this style was not marked down to our knowledge....
> While the 8L977 selling was primarily in the markdown colors....and that is true...although these colors are no longer on the marked down list, per Mairead, because of the national ad.
>
> We need to be part of the conversations when markdowns are addressed...so that future selling like this is not a surprise to all of us...and allows us to manage future production orders/projections realistically.
>
> Thanks
> c.
>
>
> -----Original Message-----
> From: Bob Goodwyn
> Sent: Wednesday, August 01, 2012 4:59 PM
> To: Bob Andrus; Andrea Mathewson; Annemarie Jones; ██████████;
> Bill Tripodi; Bridget Nelis; Carolyn Goodman; Chrissy Hayes; Dave Burbine; Debbie Hochadel; Donna Fairfax; Jeff Mazzaro; Kristen Charmoz; Leigh Sobotka; Lynn Andrus; Mairead Ainley; Martin Ronk; Maryssa Smith; Matt Lowe; '█████████'; Outlet Store Managers; Phil Kinsley; Retail Store Managers; Ron Moholt; Sue Clifton

