# EXHIBIT K

| Rep # | Name | Comm % |
|---|---|---|
| 13 | Goodwyn | 4.00% |
| 14 | Goodwyn | 5.00% |
| 15 | Goodwyn | 2.50% |
| 17 | Anson | 5.00% |
| 18 | Mazzaro | 5.00% |
| 20 | Mueller | 4.00% |
| 21 | Clifton | 5.00% |
| 26 | Sobotka | 5.00% |
| 28 | Fenton | 5.00% |
| 32 | Moholt | 5.00% |
| 33 | Tripodi | 5.00% |
| 34 | Tripodi | 4.00% |
| 43 | Tripodi | 10.00% |
| 44 | Goodwyn | 10.00% |
| 46 | Sobotka | 10.00% |
| 47 | Anson | 10.00% |
| 89 | Andrus | 1.67% |
| 90 | Andrus | 1.00% |
| 91 | Ray | 5.00% |
| 93 | Kristen | 0.50% |
| 94 | Ainley | 1.67% |
| 95 | Ainley | 1.00% |
| 96 | Ainley | 3.33% |
| 99 | House | 0.00% |



Confidential

DOONEY18599

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | Rep # | Name | Default Rate | Exceptions | | | | | |
| 2 | | 14 | Goodwyn | 3.50% | Dillards 2.5% | | | | | |
| 3 | | 18 | Mazzaro | 3.50% | | | | | | |
| 4 | | 20 | Mueller | 3.50% | | | | | | |
| 5 | | 21 | Clifton | 3.50% | QVC 2.5% | | | | | |
| 6 | | 22 | Daley | 3.50% | | | | | | |
| 7 | | 26 | Sobotka | 3.50% | | | | | | |
| 8 | | 28 | Fenton | 3.50% | Macys 2% | | | | | |
| 9 | | 32 | Mohott | 3.50% | Nordstrom 5%, Macys 2% | | | | | |
| 10 | | 33 | Tripodi | 3.50% | Nordstrom 5%, Macys 2%, Zappos 2.5% | | | | | |
| 11 | | 88 | Jones | 1.00% | | | | | | |
| 12 | | 89 | Andrus | 1.00% | | | | | | |
| 13 | | 91 | Ray | 3.50% | | | | | | |
| 14 | | 93 | Charmoz | 0.25% | | | | | | |
| 15 | | 94 | Ainley | 1.00% | | | | | | |

Confidential

DOONEY18634