# EXHIBIT M

Search for people, jobs, companies, and more...          sts          Business S███   Adva███grade

CT Private Investigation - Private Investigation & Litigation Support. Over 35 Years of Experience. | Read More »

## Jeff Mazzaro
President at Jeffery J. Mazzaro & Associates, Inc.
Cincinnati Area | Wholesale

Current    Dooney & Bourke, Jeffery J. Mazzaro & Associates, Inc.

**65**
connections

www.linkedin.com/pub/jeff-mazzaro/4/655/542

Background

Experience

**Director of wholesale accounts**
Dooney & Bourke                                            DOONEY & BOURKE
January 2009 – Present (5 years 5 months)

**President**
Jeffery J. Mazzaro & Associates, Inc.
December 1985 – Present (28 years 6 months)

Skills & Endorsements

2    Merchandising

Retail

Sales Management

Following

DOONEY & BOURKE

**Dooney & Bourke**
Apparel & Fashion
Follow

---

**People Similar to Jeff**

Robin Kurkhill
VP Retail
Connect

**People Also Viewed**

Jeffrey D. Marrazzo
Co-Founder, President and CEO at
Spark Therapeutics

Bob Andrus
Sales & Marketing

Ian Ray
director at D & B

Janena Walker
Western State Hospital

William J. Tripodi
Independent Capital Markets
Professional

Robert Goodwyn
--

Marina Stronkin
Account Manager at Vitra

Craig A. Lenahan
Renew, LLC.

Bill Steiger
President at NoLimits Entertainment

Bill Maloney
Senior Business Development, Global
| Open to networking opportunities

---

Jeff Mazzaro | LinkedIn

Search for people, jobs, companies, and more...

ng | Talent Solutions | Small Business | Mobile | Developers | Publishers | Lan

Business S

Upgrade
Your
Account

Advertigrade

LinkedIn Corporation © 2014 | User Agreement | Privacy Policy | Community Guidelines | Cookie Policy | Copyright Policy | Send Feedback